Form 27 - GENERAL PURPOSE

**MAYERSON & ASSOCIATES**
ATTN:
U.S. SOUTHERN DIST. COURT       NEW YORK   COUNTY
-----------------------------------------------------

| | |
|---|---|
| A.C. AND M.C., ON BEHALF OF M.C.    plaintiff | Index No. **3163/08** |
| - against - | Date Filed  ............ |
| | Office No. |
| CHAPPAQUA CENTRAL SCHOOL DISTRICT       defendant | Court Date:   / / |

-----------------------------------------------------
STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**TONY DONADIO**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **1st  day of April, 2008**     at   02:00 PM.,                              at
   **DAVID A. FLEISHMAN, SUPERINTENDENT**
   **66 ROARING BROOK RD., CHAPPAQUA, NY 10514**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **CHAPPAQUA CENTRAL SCHOOL DISTRICT**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **THERESA MARKLEY, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**         COLOR: **WHITE**        HAIR: **BROWN**
       APP. AGE: **55**        APP. HT: **5:6**        APP. WT: **150**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
3rd  day of April, 2008tm


KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

TONY DONADIO
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA7120344

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____   DISTRICT OF   _____ NEW YORK _____

A.C. and M.C., on behalf of M.C.
Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Chappaqua Central School District.
Defendant.

**08 CV 3163**

**JUDGE KARAS**

TO: (Name and address of defendant)

David A. Fleishman, Superintendent
Chappaqua Central School District
66 Roaring Brook Rd.
Chappaqua, New York 10514

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary S. Mayerson
Mayerson & Associates
330 West 38th Street, Suite 600
New York, New York  10580

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 2 8 2008

CLERK

DATE

_(signature)_

(BY) DEPUTY CLERK